Chief Justice CASTILLE, Justices SAYLOR, EAKIN, BAER and TODD join the opinion.

The **PENNSYLVANIA STATE EDUCATION ASSOCIATION, by Lynne WILSON, General Counsel, William McGill, F. Darlene Albaugh, Heather Kolanich, Wayne Davenport, Frederick Smith, Jamie McPoyle, Brianna Miller, Valerie Brown, Janet Layton, Korri Brown, Al Reitz, Lisa Lang, Brad Group and Randall Sovisky, Appellees**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, OFFICE OF OPEN RECORDS, and Terry Mutchler, Executive Director of the Office of Open Records, Appellants.**

**Pennsylvania Association Of School Retirees, Ureneus V. Kirkwood, John B. Nye, Stephen M. Vak, Richard Rowland, Simon Campbell, Intervenors.**

Supreme Court of Pennsylvania.

Aug. 17, 2010.

559

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2010, the order of the Commonwealth Court is hereby **AFFIRMED,** without prejudice to any party's right to appeal the Commonwealth Court's final disposition of these proceedings.

Jurisdiction relinquished.